UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § § | CRIMINAL NO. H-22-288-002 |
| BENJAMIN THOMAS | § | |

## GOVERNMENT'S EXHIBIT LIST

COMES NOW, the United States of America by and through Jennifer B. Lowery, United States Attorney for the Southern District of Texas, and says that it offers the following exhibits:

1. Pretrial Services report
2. Houston Police Department (HPD) report from April 13, 2022
3. HPD report from July 13, 2022
4. Search Warrant executed July 13, 2022
5. ATM photo from February 19, 2022
6. ATM photo from March 19, 2022

Respectfully submitted,
JENNIFER B. LOWERY
United States Attorney

By: /s/ Jay Hileman
Jay Hileman
Assistant United States Attorney
(713)567-9391